| | |
|---|---|
| **From:** | Andy P. <andyperrong@gmail.com> |
| **Sent:** | Tuesday, July 5, 2022 12:33 PM |
| **To:** | PAED Documents |
| **Subject:** | New Filing - Perrong v. Personal Injury Lead Generator |
| **Attachments:** | Perrong v Personal Injury Lead Generator.pdf; Cover Sheets Perrong v Personal Injury Lead Generator.pdf |

**CAUTION - EXTERNAL:**

Hello,

I understand that you are accepting new case filings from *pro se* parties via this email address. Please see the attached complaint and cover sheets for filing.

I will remit the $402.00 filing fee via check to the Clerk's office once a case number is assigned.

If I have made any errors, or if you have any questions, please reach out to me.

Thank you kindly,
Andrew Perrong
215-791-6957



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.