IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>PERSONAL INJURY LEAD GENERATOR,<br><br>　　　　　*Defendant.* | CIVIL ACTION<br>NO. 22-2628 |

## ORDER

On July 1, 2022, Plaintiff Andrew R. Perrong filed a Complaint against Personal Injury Lead Generator (ECF 1). On July 13, 2022, Perrong filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference (ECF 5), which was granted by this Court's July 28 Order (ECF 6).

**AND NOW**, this 7th day of September, 2023, for the foregoing reasons, it is **ORDERED** that:

1. Within twenty-one (21) days of the date of this Order, Perrong shall **SHOW CAUSE** as to why Perrong's claims against Personal Injury Lead Generator should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve.

2. Perrong should title any response to this Order "Response to Show Cause Order."

3. If Perrong fails to comply with this Order, his case may be dismissed without further notice.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.