# EXHIBIT A

PROOF OF SERVICE OF SUBPOENA

| Link Processors, LLC<br>1543 Itchepackesassa Dr.<br>Lakeland, FL 33810<br>Phone: (863) 937-4686 | **INVOICE** | Invoice #LPL-2022002669<br>9/7/2022 |
|---|---|---|



Andrew Perrong
1657 The Fairway #131
Jenkintown, PA 19046

Your Contact: Andrew Perrong
**Case Number: Eastern District 2:22-CV-02628-GJP**

Plaintiff:
**Andrew R. Perrong**

Defendant:
**Personal Injury Lead Generator**

Received: 8/30/2022   Served: 9/6/2022 2:59 pm   AUTHORIZED
To be served on: Chase Data Corp.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| Service Fee (Local) | 1.00 | 85.00 | 85.00 |
| Additional Addresses | 1.00 | 85.00 | 85.00 |
| **TOTAL CHARGED:** | | | **$170.00** |

| | |
|---|---:|
| **BALANCE DUE:** | **$170.00** |

Please enclose a copy of this invoice with your payment.
Thank you for your Business and I hope to work with you again

Page 1 / 1

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1m

## RETURN OF SERVICE

| | | |
|---|---|---|
| Commonwealth of Pennsylvania | County of Eastern District | United States District Court |

Case Number: 2:22-CV-02628-GJP

Plaintiff:
**Andrew R. Perrong**

vs.

Defendant:
**Personal Injury Lead Generator**

LPL2022002669

For:
Andrew Perrong
1657 The Fairway #131
Jenkintown, PA 19046

Received by Link Processors, LLC on the 30th day of August, 2022 at 5:36 pm to be served on **Chase Data Corp., 8201 Peters Rd, Suite 1000, Plantation, FL 33324**.

I, April Denise Lewis, do hereby affirm that on the **6th day of September, 2022** at **2:59 pm, I:**

Served an **AUTHORIZED:** entity by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Order** with the date and hour of service endorsed thereon by me, to: **DANIEL CLEARY** as **ASSOCIATE**, who stated they are authorized to accept service for: **Chase Data Corp.** at the address of: **900 S Pine Island Rd, Suite 390, Plantation, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
9/2/2022  1:48 pm  Attempted service at 8201 Peters Rd, Suite 1000, Plantation, FL 33324, no longer at this location. REGUS VIRTUAL OFFICE at this location but Chase no longer uses them
OBTAINED PHONE NUMBER: (888) 739-8218

**Description** of Person Served: Age: 53, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 180, Hair: Dark Blonde, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.  Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. No Notary Required pursuant to F.S. 92.525(2).

*April D Lewis*
**April Denise Lewis**
SPS #1482

**Link Processors, LLC**
1543 Itchepackesassa Dr.
Lakeland, FL 33810
(863) 937-4686

Our Job Serial Number: LPL-2022002669

| | |
|---|---|
| DELIVERED | 9/6/2022 2:59 PM |
| SERVER | ADL |
| LICENSE | SPS #1482 |

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the Eastern District of Pennsylvania

Andrew R. Perrong )
    *Plaintiff* )
    v. )    Civil Action No. 2:22-cv-02628-GJP
Personal Injury Lead Generator )
    *Defendant* )

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Chase Data Corporation

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: The true name, address, contact telephone number, website, and e-mail address for the subscriber(s) to the telephone numbers 659-210-8059, 659-242-1102 and 659-210-1991, for the time period between March 1, 2022 to Present, per attached court order.

| Place: Email andyperrong@gmail.com or Fax 888-329-0305 Or Mail 1657 The Fairway #131 Jenkintown, PA 19046 | Date and Time: **See attached court order.** |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/11/2022

CLERK OF COURT

*George Wylesol*
*Signature of Clerk or Deputy Clerk*     OR     *Attorney's signature*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Andrew R. Perrong andyperrong@gmail.com, 1657 The Fairway #131 Jenkintown, PA 19046 , who issues or requests this subpoena, are:

Telephone: 215-791-6957, Fax: 888-329-0305

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).