IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHASE DATA CORP., DIALED IN INC., AND AHMED MACKLAI<br><br>　　　　Defendants. | Case No. 2:22-cv-02628-GJP |

**Motion to Strike Defendant Ahmed Macklai's Reply Brief**

　　Plaintiff Andrew Perrong respectfully moves to strike Defendant Ahmed Macklai's Reply Brief. This is not the first time counsel for the Defendant has filed a brief in blatant contravention of Your Honor's *Policies and Procedures*. Those Policies specifically permit reply briefs, which "must be limited to issues newly raised in the opposing party's response" and must also be filed "within seven days of the date that a non-moving party files its opposition brief." A review of the Defendant's brief reveals it fails both counts. It was filed today, more than *two weeks* after the Plaintiff filed his response in opposition to the Defendant's motion. Furthermore, for the most part, it raises nothing new, in fact raises new arguments (including multiple *ad hominem* attacks), and does not address the smoking gun evidence supporting personal jurisdiction and liability in this case: the fact that the calls originated from telephone accounts which subpoenas reveal *list Macklai personally as the responsible contact.* In the alternative, Plaintiff seeks leave to submit a sur-reply, not to exceed 5 pages, addressing the new arguments in Defendant's reply.

1

2

Dated: December 15, 2023

s/ Andrew R. Perrong, Esq.
Andrew R. Perrong, Esq.
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com
