IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG, <br><br> *Plaintiff,* <br><br> v. <br><br> CHASE DATA CORP., et al., <br><br> *Defendants.* | CIVIL ACTION <br> NO. 22-2628 |

# ORDER

**AND NOW**, this 26th day of January 2024, upon consideration of Chase Data and Dialed In's Motions to Dismiss (ECF Nos. 15 & 17), Ahmed Macklai's Motion to Dismiss (ECF No. 16), Andrew Perrong's Responses (ECF Nos. 18 & 19), and Macklai's and Perrong's additional filings (ECF Nos. 20 & 21), it is hereby **ORDERED**:

1. The Motion to Strike Macklai's Reply (ECF No. 21) is **GRANTED**.[1]

2. The Motion to Dismiss all counts against Chase Data and Dialed In (ECF No. 15) is **DENIED** as **MOOT**.

3. The Amended Motion to Dismiss the claims against Chase Data (ECF No. 17) is **DENIED**.

4. The Amended Motion to Dismiss the claims against Dialed In (also ECF No. 17) is **GRANTED** and all counts against Dialed In are **DISMISSED without prejudice.**

5. The Motion to Dismiss the claims against Macklai (ECF No. 16) is **GRANTED** and all counts against Macklai are **DISMISSED with prejudice.**

---

[1] Macklai's reply brief was filed on December 15, 2023, more than two weeks after Perrong's November 30, 2023 response and well after the seven-day deadline for replies permitted under the Court's policies and procedures. *See* https://www.paed.uscourts.gov/sites/paed/files/documents/procedures/pappol.pdf.

6. Perrong may file an Amended Complaint, consistent with the Court's Order and Memorandum, **on or before February 16, 2024**.

                                                                  BY THE COURT:

                                                ***/s/ Gerald J. Pappert***

                                                GERALD J. PAPPERT, J.