# Electronic Articles of Incorporation
# For

DIALED IN INC.

P23000011633
FILED
February 07, 2023
Sec. Of State
jafason

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
DIALED IN INC.

## Article II
The principal place of business address:
900 SOUTH PINE ISLAND ROAD
390
PLANTATION, FL.   33324

The mailing address of the corporation is:
900 SOUTH PINE ISLAND ROAD
390
PLANTATION, FL.   33324

## Article III
The purpose for which this corporation is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
1000

## Article V
The name and Florida street address of the registered agent is:
EDWIN L CRAMMER
3801 N UNIVERSITY DRIVE
318
SUNRISE, FL.   33351

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   EDWIN L. CRAMMER

P23000011633
FILED
February 07, 2023
Sec. Of State
jafason

## Article VI

The name and address of the incorporator is:

AHMED MACKLAI
620 CARDINAL STREET

PLANTATION, FL 33324

Electronic Signature of Incorporator:   AHMED MACKLAI

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:   P
AHMED  MACKLAI
620 CARDINAL STREET
PLANTATION, FL.   33324

## Article VIII

The effective date for this corporation shall be:

02/01/2023