# 2024 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P97000066641

**Entity Name:** CHASE DATA CORP.

**FILED**
**Jan 05, 2024**
**Secretary of State**
**3427085521CC**

**Current Principal Place of Business:**

900 S. PINE ISLAND DR, SUITE 390
PLANTATION, FL 33324

**Current Mailing Address:**

900 S. PINE ISLAND DR, SUITE 390
PLANTATION, FL 33324 US

**FEI Number:** 65-0771543

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CRAMMER, EDWIN L
3801 NORTH UNIVERSITY DRIVE
318
SUNRISE, FL 33351 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   EDWIN L. CRAMMER                                                            01/05/2024
           Electronic Signature of Registered Agent                                          Date

## Officer/Director Detail :

| | | | | |
|---|---|---|---|---|
| Title | PD | | Title | VICE PRESIDENT OPERATIONS |
| Name | MACKLAI, AHMED A | | Name | CLEARY , DAN |
| Address | 900 S. PINE ISLAND DR, SUITE 390 | | Address | 900 S. PINE ISLAND DR, SUITE 390 |
| City-State-Zip: | PLANTATION FL 33324 | | City-State-Zip: | PLANTATION FL 33324 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DAN CLEARY                                    VICE PRESIDENT           01/05/2024
                                                         OPERATIONS
           Electronic Signature of Signing Officer/Director Detail                          Date