# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

Note: Acknowledgements/certificates will be sent to the address in Section 1 only.

**Section 1**

1. **DialedIn**
   Fictitious Name to be Registered (See instructions if name includes a business entity suffix or indicator)

2. **900 South Pine Island Road, Suite 390**
   Mailing Address of Business
   **Plantation**   **FL**   **33324**
   City   State   Zip Code

3. Florida County of principal place of business: **Broward**
   (See instructions if more than one county)

4. FEI Number: _____

FILED
2023 AUG 29 PM 4:44
SECRETARY OF STATE
TALLAHASSEE, FL

G23000100838
08/29/23--01022--015 **50.00

This space is for office use only
CR4E001 (10/20)

**Section 2**

A. Owner(s) of Fictitious Name If Individual(s): (Use an attachment if necessary)
   1. ___ Last / First / M.I.   Address / City / State / Zip Code
   2. ___ Last / First / M.I.   Address / City / State / Zip Code

B. Owner(s) of Fictitious Name If Entity: (Use an attachment if necessary)
   1. **Chase Data Corp.**
      Entity Name
      **900 South Pine Island Road, Suite 390**
      Address
      **Plantation**   **FL**   **33324**
      City   State   Zip Code
      Florida Document Number: **P97000066641**
      FEI Number: **65-0771543**
      ☐ Applied For   ☐ Not Applicable
   2. ___
      Entity Name / Address / City / State / Zip Code
      Florida Document Number: ___
      FEI Number: ___
      ☐ Applied For   ☐ Not Applicable

**Section 3**

I, the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. In accordance with Section 865.09, F.S., I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in chapter 50, Florida Statutes, in the county where the principal place of business is located. I understand that the signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

Signature of Owner in Section 2: *Daniel H. Cleary*   Date: **8/17/23**   Email Address: **dan.cleary@getdialedin.com**

Phone Number: **954-547-0607**

**Section 4**

FOR CANCELLATION COMPLETE SECTION 4 ONLY:
FOR FICTITIOUS NAME OR OWNERSHIP CHANGE COMPLETE SECTIONS 1 THROUGH 4:

I (we), the undersigned, hereby cancel the fictitious name _____,
which was registered on _____ and was assigned registration number _____.

Signature of Owner of Registration being Cancelled / Date
Signature of Owner of Registration being Cancelled / Date

Mark the applicable boxes   ☐ Certificate of Status- $10   ☐ Certified Copy- $30

**NON-REFUNDABLE PROCESSING FEE: $50**

AUG 29 2023
M. WILLIAMS