IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br><br>    Plaintiff,<br><br>vs.<br><br>CHASE DATA CORP. AND DIALED IN INC.<br><br>    Defendants. | Case No. 2:22-cv-02628-GJP |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Notice is hereby given that Plaintiff dismisses this action as against Defendant DIALED IN INC., without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as Defendant DIALED IN INC. has filed neither an answer nor a motion for summary judgment.

Dated: April 8, 2024

/s/ Andrew R. Perrong
Andrew R. Perrong, Esq.
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com