**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDREW R. PERRONG<br><br>    Plaintiff,<br><br>vs.<br><br>CHASE DATA CORP. AND DIALED IN INC.<br><br>    Defendants. | Case No. 2:22-cv-02628-GJP |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Notice is hereby given that Plaintiff and Defendant CHASE DATA CORP INC., stipulate to dismissal of Defendant CHASE DATA CORP INC., without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: April 10, 2024

/s/ Andrew R. Perrong
Andrew R. Perrong, Esq.
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com


s/ Bradley D. Remick
Bradley D. Remick, Esquire
Marshall Dennehey
2000 Market Street, Suite 2300,
Philadelphia, PA 19103
Phone: (215) 575-2762
Fax: (215) 575-0856
BDRemick@MDWCG.com